*December 8, 1942.*

CUHRT, Respondent, vs. SCHMIDT and another, Appellants.

For the appellants: *Bendinger, Hayes, Kluwin & Schlosser* of Milwaukee.

For the respondent: *Arlo McKinnon* and *J. Leo Dalton,* both of Milwaukee.

*By the Court.*—Judgment affirmed.

PILLEY, Appellant, vs. MOTOR TRANSPORT COMPANY and another, Respondents.

For the appellant: *Taylor, Phillips & Taylor* of Kenosha.
For the respondents: *La France & Edwards,* of Racine.

*By the Court.*—Judgment affirmed.